## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA E. KREBS-COVELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 1:13-cv-02197-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 9, 10, 11, 17, 18, 19 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Tanya E. Krebs-Covello and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Tanya E. Krebs-Covello social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

　Conduct a new administrative hearing;

　Appropriately evaluate the credibility of Tanya E. Krebs-Covello.

3. The Clerk of Court shall close this case.

Dated: September 26, 2014

　　　　　　　　　　　　　　　　　　　　s/Gerald B. Cohn
　　　　　　　　　　　　　　　　　　　　GERALD B. COHN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE